IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IVAN BOYD,

        Plaintiff,

v.

KUSSMAUL, et al.

        Defendants.

ORDER

Case No. 18-cv-768-wmc

Plaintiff Ivan Boyd has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than October 11, 2018. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Ivan Boyd may have until October 11, 2018 to submit a trust fund account statement for the period beginning approximately March 17, 2018 and ending approximately September 17, 2018. If, by October 11, 2018, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that

event, the case will be closed without prejudice to plaintiff filing the case at a later date.


Entered this 19th day of September, 2018.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge